```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
KAREN ELIZABETH GLASS,

                Plaintiff,
                                        MEMORANDUM & ORDER
        -against-                       16-CV-3819(JS)(AYS)

ORACK [SIC] OBAMA, President of
the United States 2016; THEODORE
ROOSEVELT 1972, PRESIDENT BILL
CLINTON, GOVERNOR GEORGE PATAKI,
GOVERNOR ANDREW CUOMOCARE, and
ATTORNEY GENERAL ELIOT SPITZER,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Karen Elizabeth Glass, pro se
                    76 Stuart Avenue
                    Malverne, NY 11565

For Defendants:     No appearances.
```

SEYBERT, District Judge:

Pro se plaintiff Karen Elizabeth Glass ("Plaintiff") filed a Complaint in this Court on July 6, 2016 pursuant to 42 U.S.C. § 1983 ("Section 1983"). Plaintiff did not pay the Court's filing fee, nor did she submit an application to proceed in forma pauperis. Accordingly, by Notice of Deficiency ("Notice") dated July 8, 2016, the Court instructed Plaintiff to either remit the $400 filing fee or complete and return the enclosed in forma pauperis application within fourteen (14) days in order to proceed with her case.

To date, Plaintiff has not paid the filing fee nor has she filed an application to proceed in forma pauperis or otherwise communicated with the Court. Accordingly, Plaintiff's Complaint is

DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is directed to CLOSE this case and to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: September  23 , 2016
Central Islip, New York